Civil Action No. 1:18-CV-197-LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* BARRETT, DAFFIN, FRAPPIER LAW FIRM , who is
designated by law to accept service of process on behalf of *(name of organization)* U.S. BANK HOME MORTG
BARRETT, DAFFIN picked up at postal facility at 8:34 am on *(date)* 05/01/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: CERTIFIED RECEIPT MAILING- 7017-1000-0000-4526-2469


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/02/2018

*Server's signature*

Eleisa K. Jordan
*Printed name and title*

2005 Santa Barbara Court
Round Rock, Texas 78665

*Server's address*

Additional information regarding attempted service, etc: